UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                                                           Case No. 2131850
LATOYA WASHINGTON                              Chapter 13
1143 LAKEWOOD DR
MONTGOMERY, AL 36109

Debtor

---

## Order Releasing Wages

---

    The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                                       JACKS FAMILY RESTAURANTS INC
                                       ATTN PAYROLL
                                       124 W OXMOOR RD
                                       BIRMINGHAM, AL  35209-6333

The above employer is authorized to pay all future wages to the debtor.

Done this Monday, August 28, 2023.

                                                                       */s/ Christopher L. Hawkins*
                                                                       Christopher L. Hawkins
                                                                       United States Bankruptcy Judge

cc:  Latoya Washington